No. 672.   NATIONAL REFINING CO. ET AL. *v.* PENNSYLVANIA PETROLEUM CO.   February 12, 1934.   On consideration of the motion of counsel for the petitioners, it is ordered that the passage in respondent's brief, at pages 50 to 53 thereof, of which

complaint is made, be and it is hereby stricken from the files. *National Surety Co.* v. *Jarvis,* 278 U.S. 610, 611. The petition for writ of certiorari is denied. *Messrs. I. J. Ringolsky* and *Harry L. Jacobs* for petitioners. *Mr. Floyd E. Jacobs* for respondent.